LAW OFFICES
# Joel S. Walter and Associates, P.C.
## Joel S. Walter, Esq.
225 BROADWAY, SUITE 1608
NEW YORK, NY 10007
212-566-3900

TELECOPIER: 212-566-6699
E-mail: JoelWalter@earthlink.net

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2005 ★

BROOKLYN OFFICE
OF COUNSEL
ROBERT A. BOLAND, ESQ.*
*Admitted in New York & Georgia
SANDRA R. SCHIFF, ESQ.
MICHAEL H. SOROKA, ESQ.

October 5, 2005

**VIA FACSIMILE (718-260-2457) and Regular Mail**

Honorable John Gleeson
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
**Attention: Vivian Klein**

s/John Gleeson

Sentence adjourned to October 14, 2005 @ 2:00 PM

**Re: Sentencing: Nadia Zeid 05CR273**

Dear Judge Gleeson:

I write to request an adjournment of Nadia Zeid's sentencing, now scheduled for Friday, October 7, 2005 at 2:00 PM.

I am scheduled to appear in the United States Attorney's Office in the Northern District of New York to proffer and plead to the indictment in USA v. TESSARZIK, et al, (04CR467) before Judge David N. Hurd.

I apologize for the inconvenience but I was unaware of the conflict in dates until I just opened the email whereas the October 7th date was selected without my input.

I have contacted AUSA Jack Smith regarding this adjournment and he does not object to same. Good dates for the sentence are: October 14, November 4, November 11, and November 18th.

Thank you for your consideration.

                                         Respectfully submitted,

                                         Joel S. Walter & Associates, P.C.

                              By:   _____
                                        Joel S. Walter, Esq

JSW/nt
C: AUSA Jack Smith
   Nadia Zeid